DELANEY *v.* MICHIGAN ELM HOOP & LUMBER CO.

144 351<br>f146 393<br>146 526n

APPEAL AND ERROR — DISMISSAL — INCOMPLETE RECORD — FAILURE TO RETURN JUDGMENT.

> Where an examination of the printed and manuscript record discloses that no judgment has been returned, there is nothing for this court to consider, and the writ of error will be dismissed.

Error to Kent; Wolcott, J. Submitted June 16, 1905. (Docket No. 26.) Decided September 20, 1905. Reargued February 14, 1906. (Docket No. 152.) Former opinion vacated, and appeal dismissed June 4, 1906.

Summary proceedings by Ellen Delaney and others against the Michigan Elm Hoop & Lumber Company for the possession of certain real estate. Defendant brings error from a judgment for complainants. Appeal dismissed for want of a proper return of the judgment rendered in the circuit court.

*Dwight Goss*, for appellant.

*Joseph Renihan*, for appellees.

BLAIR, J. An examination of the printed and manuscript record in this case discloses that no judgment has

been returned. . There is, therefore, nothing for this court to consider, and the writ of error is dismissed, with costs to appellees.

McALVAY, GRANT, MONTGOMERY, and MOORE, JJ., concurred.